UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CIV. S-07-473 LKK/GGH PS

    Plaintiff

  v.

JEFFREY T. TOWNSEND,        **O R D E R**

    Defendant.

_____/

    This matter is REFERRED to the Honorable Gregory G. Hollows pursuant to L.R. 72-302(c)(21).

    IT IS SO ORDERED.

    DATED: April 15, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT