**FILED**

MAY 29 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-CV-00473-LKK-GGH |
| Plaintiff, ) | [~~proposed~~] JUDGMENT ON DEFAULT (STUDENT LOANS) |
| v. ) | |
| JEFFREY T. TOWNSEND, ) | |
| Defendant. ) | |

In the above-entitled action, the defendant was properly served with the Summons and Complaint; defendant failed to appear or answer within the time provided by law; and default has been duly entered. Plaintiff's claim against the defendant is for a sum certain, and for interest which can by computation be made certain, and for costs. A declaration on behalf of the plaintiff, required by Rule 55 of the Federal Rules of Civil Procedure, has been filed setting forth the amounts due to plaintiff from the defendant in accordance with the prayer of the complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Servicemember's Civil Relief Act of 2003.

Accordingly, pursuant to Fed. R. Civ. P. 55(b)(1), judgment is entered in favor of plaintiff United States of America and against defendant Jeffrey T. Townsend as follows:

    a. Unpaid principal ($4,382.16) and accrued interest ($5,711.35) to the date of judgment in the total amount of $10,093.51; and

b. Court costs, United States Marshals' fees ($138.50) and docket fees ($350.00) in the total amount of $488.50, pursuant to 28 U.S.C. §§ 1920, 1921 and 1923.

The total judgment is in the amount of $10,582.01. Post-judgment interest, to be calculated from the date of the entry of judgment, accrues at the legal rate per annum,[1] computed daily and compounded annually until paid, pursuant to 28 U.S.C. § 1961.

DATE JUDGMENT ENTERED: _May 29, 2008._

VICTORIA C. MINOR, Clerk

By: _____
Deputy Clerk
United States District Court
Eastern District of California

---

[1] Post-Judgment Interest Rate can be found via the internet at: http://www.federalreserve.gov/releases/H15/current/ (under U.S. government securities, Treasury constant maturities, 1-year, the current interest rate is the 3rd column from the right, e.g. 2.07% per annum for the Week Ending May 16, 2008, with the effective date May 19, 2008).

2